IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civ. Action No. 7:13-00279-BO

| | |
|---|---|
| LEWIS B. MORGAN, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>ACTING COMMISSIONER )<br>OF SOCIAL SECURITY, )<br>)<br>Defendant. ) | ORDER |

The parties have agreed that Defendant should pay to Plaintiff the sum of $5,503.62 (Five Thousand Five Hundred Three and 62/100) in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

It is therefore ORDERED that Defendant pay to Plaintiff the sum of $5,503.62 (Five Thousand Five Hundred Three and 62/100), in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and that upon such payment this case be dismissed with prejudice.

This 10 day of April 2015,

Hon. Terrence W. Boyle
United States District Judge